```
            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
```

**CIVIL ACTION NO.** _____ **(RNC)**

**ELECTRONIC FILING ORDER**

All documents in this case will be filed electronically, in accordance with the District Court's CM/ECF Policies and Procedures Manual.

Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

All pleadings (including briefs and exhibits) supporting or opposing:

- a.  Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;

- b.  Motions to dismiss or for summary judgment;

- c.  Trial briefs, including proposed findings of fact and conclusions of law; and

- d.  Any other filing that exceeds 15 pages.

So ordered.

```
                              /s/
                         Robert N. Chatigny
                         United States District Judge
```