UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ELECTRONIC FILING ORDER**

All documents in this case will be filed electronically.

Counsel are reminded that they must comply with the requirements set forth in the District Court's CM/ECF Policies and Procedures Manual.

Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

All pleadings (including briefs and exhibits) supporting or opposing the following:

   a.   Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;

   b.   Motions to dismiss or for summary judgment;

   c.   Trial briefs, including proposed findings of fact and conclusions of law; and

   d.   Any other filing that exceeds 15 pages.

                              /s/
                              Robert N. Chatigny
                              United States District Judge